# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER BOWLING, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Case 3:20-CV-3518-D |
| § | |
| DALLAS COUNTY JAIL, § | |
| Defendant. § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 25, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE